IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SELECT THERAPY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-695-WDS** |
| | ) | |
| **BRIDGEMARK OF GREENVILLE, LLC,** | ) | |
| **d/b/a Cardinal Hill Healthcare**, | ) | |
| **CARDINAL HILL HEALTHCARE, LLC,** | ) | |
| **RONALD A. HUNTER,** | ) | |
| **LaSALLE BANK, N.A., and** | ) | |
| **JOHN DOE,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendant Bridgemark of Greenville LLC's Motion to Compel

Defendants Cardinal Hill Healthcare, LLC, and Ronald A. Hunter to Respond to Bridgemark's

Interrogatories and Request for Production.  **(Doc. 46)**.

Defendants have failed to respond to the motion, and the time for doing so has now

expired.  The Court deems the failure to respond to be an admission of the merits of the motion.

**SDIL-LR 7.1(g).**

Upon consideration and for good cause shown, Defendant Bridgemark of Greenville

LLC's Motion to Compel **(Doc. 46)** is **GRANTED**.

Defendants Cardinal Hill Healthcare, LLC, and Ronald A. Hunter are ordered to answer

Bridgemark's interrogatories and to produce the documents requested on or before **June 24,**

**2005.**

IT IS SO ORDERED.

DATE:  June 16, 2005.            s/ Clifford J. Proud
                                 **CLIFFORD J. PROUD**
                                 **UNITED STATES MAGISTRATE JUDGE**