IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SELECT THERAPY, INC.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **04-695-WDS** |
| **BRIDGEMARK OF GREENVILLE, LLC,** d/b/a Cardinal Hill Healthcare, **CARDINAL HILL HEALTHCARE, LLC, RONALD A. HUNTER, LaSALLE BANK, N.A.,** and **JOHN DOE,** | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Select Therapy's Motion to Reconsider Report and Recommendation. **(Doc. 66)**.

This Court has issued a report and recommendation, in which it recommended that District Judge Stiehl grant defendant's motion for sanctions. **See, Doc. 64.** On October 11, 2005, plaintiff filed both timely objections to the report and recommendation and the instant motion for reconsideration. **See, Docs. 65 and 66.**

Pursuant to **28 U.S.C. §636(b)(1)**, when objections to a report and recommendation have been filed, the District Judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Thus, the next step in the process is for Judge Stiehl to make a de novo determination; reconsideration by this Court is not appropriate.

1

Upon consideration and for good cause shown, Select Therapy's Motion to Reconsider Report and Recommendation **(Doc. 66)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  October 17, 2005.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**